**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARLON JACKSON** | |
| | **:CASE NO.: 25-725-JWD-RLB** |
| **Plaintiff** | **:** |
| **vs.** | **:Judge: Hon. John W. deGravelles** |
| | **:** |
| **ZACHARY COMMERCE SQUARE LLC** | **Magistrate:Hon.RichardL.Bourgeois, Jr** |
| | **:** |
| | **:** |
| **Defendant** | **:** |

********************************************************************

**MOTION AND ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSING STATEMENT OF MATERIAL FACTS ON BEHALF OF ZACHARY COMMERCE SQUARE LLC**

**NOW INTO COURT, through** undersigned counsel, comes **ZACHARY COMMERCE SQUARE LLC**, who respectfully brings this Motion and Order for Extension of Time to file an Opposing Statement of Material Facts for the following reasons to wit:

1.

Movant filed an Opposition to the Motion for Summary Judgment filed on behalf of the plaintiff on August 13, 2026**.**.

2.

Mover requests an extension due to the fact that the Opposing Statement of Material Fact was not included in the original filing of the opposition.

**WHEREFORE,** Plaintiff, **ZACHARY COMMERCE LLC**, respectfully requests that the deadline for filing the Opposing Statement of Contested Material Facts on behalf of Zachary Commerce Square LLC be until August 15, 2026.

Respectfully submitted,

/s/Monique H. Fields
Monique H. Fields
(#29183)
Attorney at Law
P O Box 96
3022 Ray Weiland Drive
Baker, Louisiana 70704
Telephone:225.775.1677
Facsimile: 225.775.1604
mhfieldslaw@gmail.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on Andrew Bizer, Attorney at Law, 3319 Claude Avenue, New Orleans Louisiana 70117 by facsimile, email, efiling and/or depositing a copy of same in the U.S. Mail, postage prepaid, this 21st day of August, 2026, prior to the filing of this exception in court.

/s/Monique H. Fields
Monique H. Fields