**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MARLON JACKSON** :CASE NO.: 25-725-JWD-RLB
**Plaintiff** :
**vs.** :Judge: Hon. John W. deGravelles
:
**ZACHARY COMMERCE SQUARE LLC** Magistrate:Hon.RichardL.Bourgeois, Jr
:
:
**Defendant** :
**************************************************************

**DEFENDANT'S OPPOSING STATEMENT OF CONTESTED MATERIAL FACTS**

Defendant, Zachary Commerce LLC, through undersigned counsel, respectfully submits this Separate Statement of Contested Material Facts in opposition to Plaintiff's Motion for Summary Judgment, pursuant to Local Rule 56 of the United States District Court for the Middle District of Louisiana.

The following material facts are genuinely disputed and present triable issues for the jury, precluding the entry of summary judgment as a matter of law under Federal Rule of Civil Procedure 56(a):

1. Unknown

2. Unknown

3. Denied. Plaintiff does not own the businesses or shops. Only the commercial building. [1]

4. Unknown

5. Denied

6. Denied

7. Denied. Louisiana Department of Public Safety and Corrections reported that the property is handicap accessible.[2]

[1] See A-1 In globo – Tax returns

8. Denied. Louisiana Department of Public Safety and Corrections reported that the property is handicap accessible.[3]

9. Denied. Louisiana Department of Public Safety and Corrections reported that the property is handicap accessible.[4]

10. Admitted

11. Qualified. Who "His report" is referring to is ambiguous. If it is referring to the plaintiff, he has not provided such report. If he is referring to Mr. Heybeck, he has made may statement in his report that show that the recommended update are clearly not readily achievable and structurally feasible.[5]

12. Denied. Mr. Carl Williams a local contractor gave a barebones estimate that the defendant could not afford to pay.[6]

13. Qualified. Plaintiff's expert, Mr. Heybeck, exhibited in his report that the recommended updates are not readily achievable and structurally feasible. Additionally, the contractors that the defendant attempted to hire gave astronomical quotes that the defendant could not afford.[7]

14. Admitted

15. Admitted

16. Qualified. There are no discriminatory barriers.[8]

17. Denied. Louisiana Department of Public Safety and Corrections reported that the property is handicap accessible.[9]

---

[2] See Defendant's Exhibit 4 Louisiana Department and Public Safety Report
[3] See Defendant's Exhibit 4 Louisiana Department and Public Safety Report
[4] See Defendant's Exhibit 4 Louisiana Department and Public Safety Report
[5] See Plaintiff's Exhibit B. Mr. Hebeck's expert report
[6] See Defendant's Exhibit 2
[7] See Plaintiff's Exhibit B. Mr. Hebeck's expert report
[8] See Defendant's Exhibit 4 Louisiana Department and Public Safety Report
[9] See Defendant's Exhibit 4 Louisiana Department and Public Safety Report

Respectfully submitted,

/s/Monique H. Fields
Monique H. Fields
(#29183)
Attorney at Law
P O Box 96
3022 Ray Weiland Drive
Baker, Louisiana 70704
Telephone:225.775.1677
Facsimile: 225.775.1604
mhfieldslaw@gmail.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on Andrew Bizer, Attorney at Law, 3319 Claude Avenue, New Orleans Louisiana 70117 by facsimile, email, efiling and/or depositing a copy of same in the U.S. Mail, postage prepaid, this 21st day of August, 2026, prior to the filing of this exception in court.

/s/Monique H. Fields
Monique H. Fields